# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-mj-00248 |
| MICHAEL MCKAY | ) Assigned To : Faruqui, Zia M. |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign. Date : 12/10/2020 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2020__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Beretta 92FS, 9mm semi-automatic pistol and 9mm ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

✔ Continued on the attached sheet.

_____
*Complainant's signature*

JAMES FREDERIQUE, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 12/10/2020

_____
*Judge's signature*

City and state: Washington, DC        ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*