UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | CR. NO. 21-CR-7 (JEB) |
| : | |
| MICHAEL MCKAY, : | |
| : | |
| Defendant. : | |

## NOTICE OF LETTER AND DOCUMENTS PROVIDED TO DEFENSE COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on February 26, 2021, the United States gave to counsel of record in the above-captioned case via Electronic Mail and the Electronic Case Filing System, the attached letter together with the referenced documents.

Respectfully submitted,

MICHAEL SHERWIN
Acting United States Attorney

By:  __/S/__ *Nicole McClain*_____
NICOLE MCCLAIN
Assistant United States Attorney
D.C. Bar No. 1029759
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7848
Nicole.McClain@usdoj.gov

1

## CERTIFICATE OF SERVICE

On this 26th day of February, 2021, a copy of the foregoing was served upon defense counsel of record via the Electronic Case Filing (ECF) System.

                                                     /s/
                                      NICOLE MCCLAIN
                                      Assistant United States Attorney