

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

February 25, 2021

Tony Miles, Esq.

    Re: <u>United States v. Michael McKay</u>
    Criminal Case No. 21-CR-7 (JEB)

Dear Mr. Feitel:

    This letter memorializes the Government's production of discovery to you to date. On February 25, 2021, the following items were produced to you via USAfx:

- PD 256 (1 pages)
- PD 313 (2 page)
- EAgent Report (2 pages)
- UN 53 Request for Certificate No Registriation or License to Carry (1 page)
- Arrest Photo (2)
- Arrest Packet (28 pages)
- Gerstein (2 pages)
- Signed Complaint (2 pages)
- Signed Arrest Warrant (1 page)
- Signed Statement of Facts (1 page)
- PD 47 (1 page)
- Case Notes Interview of D1 (2 pages)
- Case Information Case Number 03-K-07-000515 (4 pages)
- Case Information Case Number 03-K-12-005840 (6 pages)
- Latent Fingerprint Unit Report of Examination (2 pages)
- Evidence Collection Log Swabs and Batteries (1 page)
- Report of Crime Scene Examination Crime Scene Sciences Unit (6 pages)
- Evidence Collection Log Firearm, Magazine, Ammunition (1 page)

Body Worn Camera evidence has been turned over with the understanding that counsel has agreed to abide by the terms of the protective order until which time the issue of the protective order is resolved by the parties or the Court. With respect to Body Worn Camera evidence, you will receive a link in your email from Evidence.com which allows you to download all Body Worn Camera footage associated with this case. The link will expire within 45 days of the day it is sent. If you have any trouble accessing this videos please let me know immediately.

- Body Worn Camera Videos (21)
- Defendant's Custodial Interview

Discovery still outstanding:
- All MPD Radio Channel Communications

Sincerely,

Michael Sherwin
Acting United States Attorney

By:   /s/*Nicole McClain*
Nicole McClain
Assistant United States Attorney