**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal. No. 21-CR-7 (JDB)** |
| **MICHAEL MCKAY** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Kevin Birney, who may be contacted by telephone at (202) 252-7165 or e-mail at Kevin.birney@usdoj.gov. Mr. Birney will substitute for AUSA Nicole McClain, as counsel for the United States.

Respectfully submitted,

Respectfully submitted,

By:   */s/ Kevin Birney*
Kevin Birney
D.C. Bar No. 1029424
Assistant United States Attorney
United States Attorney's Office
Federal Major Crimes
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7165
Email: Kevin.birney@usdoj.gov